**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| MARY WILLIAMS, ) | CASE NO. 1: 15 CV 68 |
| ) | |
| Plaintiff, ) | JUDGE DONALD C. NUGENT |
| ) | |
| v. ) | <u>ORDER ADOPTING</u> |
| ) | <u>MAGISTRATE'S REPORT AND</u> |
| CAROLYN W. COLVIN, ) | <u>RECOMMENDATION</u> |
| Acting Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge Greg White. The Report and Recommendation (ECF # 15), issued on November 10, 2015, is hereby ADOPTED by this Court. Plaintiff sought review of the Commissioner's decision denying her claim for a Period of Disability ("POD") and Disability Insurance Benefits ("DIB"), under Title II of the Social Security Act, 42 U.S.C. §§ 416(1), 423, *et seq*. The matter is before the Court pursuant to 42 U.S.C. §405(g). The Magistrate Judge recommends that the final decision of the Commissioner be affirmed. Specifically, the Magistrate Judge determined that the Commissioner applied the correct legal standards and found the Commissioner's decision denying Plaintiff's application for both POD and DIB to be supported by substantial evidence. Plaintiff has not filed an objection to the Report and Recommendation.

The Court has reviewed *de novo* the Report and Recommendation, *see Ohio Citizen Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999). After careful evaluation of the record, this Court adopts the findings of fact and conclusions of law of the Magistrate Judge as its own. Magistrate Judge White thoroughly and exhaustively reviewed this case, and

correctly determined that the Commissioner applied the correct legal standards and that the Commissioner's decision denying Plaintiff's application for a Period of Disability and Disability Insurance Benefits was supported by substantial evidence. Accordingly, the Report and Recommendation of Magistrate Judge White (ECF #15) is hereby ADOPTED. The Commissioner's final determination denying Plaintiff's application for a Period of Disability and Disability Insurance Benefits is hereby AFFIRMED.

     IT IS SO ORDERED.

                                                    /s/Donald C. Nugent
                                                    DONALD C. NUGENT
                                                    United States District Judge

DATED  December 21, 2015